**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

JOHN PINK,

    *Plaintiff,*

vs.

RICHARD K. JONES, *et al.*,

    *Defendants.*

Case No. 1:23-cv-00421

Judge Jeffery P. Hopkins

---

**CONDITIONAL ORDER OF DISMISSAL**

---

The Court has been advised by Plaintiff's counsel that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **ninety (90) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED.**

Dated: March 19, 2024

Hon. Jeffery P. Hopkins
United States District Judge